THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* CHARLES M. HOWELL, Petitioner-Appellant.

(No. 72-270;

Fifth District—November 15, 1974.

PER CURIAM.
CARTER, J., took no part.

Robert E. Farrell, of Mt. Vernon, and Martin Carlson, of Chicago, both of State Appellate Defender's Office, for appellant.

W. C. Spomer, State's Attorney, of Cairo, for the People.

RICHARD H. FARRELL, JR., *et al.,* Plaintiffs-Appellants, *v.* LINCOLN NATIONAL BANK *et al.,* Defendants-Appellees.

(No. 57903;

First District (1st Division)—October 7, 1974.